IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CAROLYN PERKINS                                                                                           PLAINTIFF

V.                                            NO.  1:10-cv-00095 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                             DEFENDANT

## ORDER

Defendant has filed a motion to remand (doc. 6).  Defendant offers, for good cause, that he desires to have the case voluntarily remanded because the claims file and recording of the hearing held on April 8, 2008, cannot be located.  Defendant further states that if the missing materials cannot be located within a reasonable time, a new hearing and decision will be sought.  Plaintiff has not responded and the time for doing so has passed.

> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security . . . .

42 U.S.C. § 405(g) (1995).

Under the circumstances, there is good cause shown, and a remand is proper.  Defendant's motion is hereby granted, and this case is remanded to the Commissioner.  This is a "sentence six" remand.  The Clerk is directed to administratively close this file.

IT IS SO ORDERED this 17th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE